IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAZEL TUCKER | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| FOCUS RECEIVABLES MANAGEMENT, LLC | : : | NO. 10-6903 |

OR D E R

**AND NOW, TO WIT:** This 1st day of June , 2011 it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:** S/Eileen Adler
Eileen Adler
Deputy Clerk

Civ 2 (8/2000)
41(b).frm